In The United States District Court
Southern District of Indiana
~ Terre Haute Division ~

Dakota Lintz,
    Plaintiff,

v.

C. Holcomb,
Sanitation SPV,
    Defendants.

Cause No :L__

SCANNED at WVCF and Emailed on
12-9-21 by JG - 4 pages.
(date) (initials) (num)

FILED
12/09/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# Complaint

Plaintiff: Dakota Lintz #261904
    WVCF / Po Box 1111 / Carlisle, In. 47838

Defendant(s): C. Holcomb
    Title - SCU Lieutenant
    WVCF / Po Box 1111 / Carlisle, In. 47838

° Sanitation Supervisor WVCF
    Title - Sanitation Dpt. Supervisor
    WVCF / Po Box 1111 / Carlisle, In. 47838

## - Statement of Jurisdiction -

Jurisdiction over this action exists in the United States District court, for the Southern District of Indiana because administrative Remedies are exhausted without Resolve for Constitutional Violations.

### -Cause of Action-

Ground one: Eighth Amendment Cruel and unusual Punishment / Deliberate Indifference / Failure to Protect.

### -Statement of facts-

Since being housed in SCU at "(WVCF)" Wabash Valley Correctional Facility, I have been housed in approx., 12 different cells and out of those 12, about 8 cells have had an infestation problem with Black Mold. Each time its always the same thing, that even when I Grievance it or Complain about it, its actively denied or not dealt with. The Black Mold is always accurately named because of the way it looks, smells and affects me and my property.

For starters, its black and fuzzy, and it smells bitter and earthy. It grows always in the same spots - Under mattresses, around the wall vent blowing air out & into the cell, and along the wall near the Exterior vent blowing out the air. I smelled it for months on months on months because nearly every cell i got moved to has had this black mold problem. It gives me bad headaches, my eyes burn, my head feels cloudy, my nose burns when i breathe & its clogged and draining in my throat which gives me sore throats and i gotta gargle salt water. The Black mold being an infesting problem has been addressed by me on multiple, many occasions at different times during my stay here at WVCF, and its not isolated or just me alone having had a problem with Black mold, so its a common thing being addressed, even if only by me alone, and its not being dealt with.

Theres never a Sanitation crew that comes to check the Mold, I never have a Lieutenant come to make an inquiry into it, and im simply told, as though me telling them the Mold is coming from the vent blowing out air is wrong despite the Consistent patterns, that Sanitation for my room is my own responsibility. I have agreed, and not contested that at all, but i cannot be responsible for these facts every time ive complained:

1) The Black Mold was already present before I ever got placed/housed into any of these cells. (Black mold Grows over an X amount of time, and each time ive ever ran into this issue, Black mold was found maturely Grown and affecting me. In no way could i be responsible for an Pre-existing issue not taken care of before im housed somewhere.)

2) Each cell ive expressed my concerns about have had Black Mold Growth all around the Blowing vent on the wall. This hasn't been every other expressed concern, but every expressed concern about Mold in the cells ive been in. Not the vent sucking air out the room — But always the vent Pushing air into the cell is where the Mold's found. I cannot Stop or be held personally responsible for a mold infestation in nearly 8 different cells over different times and having same exact problem. Identical issues over different time periods means theres a chronic problem happening and needing looked into - But its not. Its not an individual problem with each cell. Its a Chronic ventilation problem throughout SCU.

3 of 4

Yet, nobody thats realistically responsible has said anything about correcting the problem or done any action to prevent or correct it.

Lieutenant Holcomb falsified Grievance Documents to avoid settling the problem when black mold was in my cell, saying that a hazard manager inspected my cell and found no mold, and on date from time I filed Grievance up until his response had nobody come to my cell or even the Range itself to check out the problem. Its a problem he would rather lie and be willing to falsify a State Document than to sincerely use the resarces at disposal to correct the hazardous situation, including Sanitation department thats qualified to overcome this issue. Yet, it seems obvious the Sanitation Supervisor has either more important things to do or simply refuses to do anything about SCU or the issues concerning black Mold all around SCU. I have wrote to the sanitation department supervisor more than 10 times and I never once recieved a Response or seen Sanitation crew in all this time Ive been on SCU, to resolve the mold issue.

- Relief -
1) Compensatory damages: $25,000.00/100
2) Punitive Damages: $10,000.00/100