UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DAKOTA LINTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:21-cv-00452-JRS-MJD |
| | ) | |
| C. HOLCOMB, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

Final judgment is entered for the defendants and against the plaintiff. This action is **dismissed without prejudice**.

Date: 5/25/2022

_JAMES R. SWEENEY II, JUDGE_
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

DAKOTA LINTZ
261904
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838